IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Warren Brown, et al,                               Case No. 3:13-cv-01092

        Plaintiff(s)

   v.                                            ORDER

Whirlpool Corporation,

        Defendant(s)

      The parties having indicated their consent to the United States Magistrate Judge, it is hereby

      Ordered that this case be transferred to United States Magistrate Judge James R. Knepp, II, for all further proceedings.

      So Ordered.

                                                   S/ James G. Carr
                                                   Sr. United States District Judge